# Exhibit 10

| Motorola Smartphones with flexible OLED displays (including models Foldable Razr 2019, Razr 2020 and curved-edge display Edge+) ||
|---|---|
| **Infringement of the '805 patent** ||
| **Claim 1** | **Evidence** |
| 1. An organic electro-luminescent device, comprising: | The Motorola Smartphone provides organic electro-luminescent device (OLED).<br><br>For example, the Motorola Razr Smartphone includes a flexible OLED display.<br><br>[1] |

1

| | |
|---|---|
| | **Motorola starts shipping the foldable Razr 2019, initial reviews are here**<br><br>Yesterday Motorola started shipping its $1,500 foldable OLED phone, the Razr 2019. The Razr 2019 features a 6.2" 2142x876 (21:9) foldable AMOLED display that folds inside, produced by BOE. There's also a regular external 2.7" 600x800 AMOLED used when the phone is closed.<br><br><br><br>Below are the key specs for the new Razr.<br><br>• Main internal folding screen: 21:9 aspect ratio, 2142 x 876 pixels, 6.2-inch POLED (plastic OLED)<br><br>For example, the Motorola Edge+ Smartphone includes a curved-edge OLED display. [2] [3] |

2

| | |
|---|---|
| | <br>[4]<br><br>[5] |
| a plastic substrate having a first surface and a second surface; | The Motorola Smartphone includes a plastic substrate having a first surface and a second surface.<br><br>For example, the OLED display of the Motorola Smartphone is a plastic OLED display. [3] [5] [6] [7] As such, the display has a plastic substrate (green arrow) that has two surfaces: a first surface (e.g. top/inner) and a second surface (e.g. bottom/outer). [8] [9] |

<table>
<tr>
<td></td>
<td>

Figure 1: Basic Plastic-substrate OLED Structure for Illustration Purposes</td>
</tr>
<tr>
<td>a first composite layer located on the first surface;</td>
<td>The Motorola Smartphone includes a first composite layer located on the first surface.<br><br>For example, the OLED display of the Motorola Smartphone includes a first composite layer located on the first surface (e.g. blue arrow) of the plastic substrate. The first composite layer prevents damaging water and oxygen from being released by the plastic substrate thereby acting as a protection barrier to subsequent layers. [8] [9]<br><br>

Figure 1: Basic Plastic-substrate OLED Structure for Illustration Purposes</td>
</tr>
<tr>
<td>a second composite layer located on the second surface;</td>
<td>The Motorola Smartphone includes a second composite layer located on the second surface.<br><br>For example, the OLED display of the Motorola Smartphone includes a second composite layer located on the second surface (e.g. orange arrow) of the plastic substrate. The second composite layer provides protection to the plastic substrate from mechanical damage (e.g. scratches) that may occur to the bottom surface of the substrate (i.e. outer surface of the display) [8] [9].</td>
</tr>
</table>

| | |
|---|---|
| | <br>**Figure 1:** Basic Plastic-substrate OLED Structure for Illustration Purposes |
| a transparent conductive electrode located on the first composite layer which is located between the plastic substrate and the transparent conductive electrode; | The Motorola Smartphone includes a transparent conductive electrode located on the first composite layer. The first composite layer is located between the plastic substrate and the transparent conductive electrode<br><br>For example, the OLED display of the Motorola Smartphone includes a transparent conductive electrode (brown arrow) located on the first composite layer. [8] [9] [10]<br><br>**Figure 1:** Basic Plastic-substrate OLED Structure for Illustration Purposes |
| an organic emitting layer formed on the transparent conductive electrode which is located between the first composite layer and the organic emitting layer; | The Motorola Smartphone includes an organic emitting layer formed on the transparent conductive electrode. The transparent conductive electrode is located between the first composite layer and the organic emitting layer.<br><br>For example, the OLED display of the Motorola Smartphone includes an organic emitting layer (e.g. blue arrow) formed on the transparent conductive electrode. [8] [9] [10] |

| | |
|---|---|
| | <br>**Figure 1:** Basic Plastic-substrate OLED Structure for Illustration Purposes |
| a metal electrode formed on the organic emitting layer, wherein the organic emitting layer is between the transparent conductive electrode and the metal electrode; and | The Motorola Smartphone includes a metal electrode formed on the organic emitting layer. The organic emitting layer is between the transparent conductive electrode and the metal electrode.<br><br>For example, the OLED display of the Motorola Smartphone includes a metal electrode (e.g. red arrow) formed on the organic emitting layer. [8] [9] [10]<br><br>**Figure 1:** Basic Plastic-substrate OLED Structure for Illustration Purposes |
| a protecting layer formed on the metal electrode to enclose the metal electrode and the organic emitting layer. | The Motorola Smartphone includes a protecting layer formed on the metal electrode to enclose the metal electrode and the organic emitting layer.<br><br>For example, the OLED display of the Motorola Smartphone includes a protecting layer (e.g. pink arrow) formed on the metal electrode. This layer encloses the metal electrode and the organic emitting layer, thereby these layers. [8] [9] [10] |

6



**Figure 1:** Basic Plastic-substrate OLED Structure for Illustration Purposes

**References:**

[1] Motorola Website – Razr:
https://www.motorola.com/us/smartphones-razr

[2] OLED-info: Motorola starts shipping the foldable Razr 2019
https://www.oled-info.com/boe-oled

[3] Motorola Razr 2020 video review, specs, price, pre-order details
https://www.t3.com/feature/motorola-razr-release-date-price-specs-review

[4] Motorola Website
https://www.motorola.com/us/

[5] Motoola Edge+
https://www.motorola.com/us/smartphones-motorola-edge-plus/p

[6] POLED vs AMOLED – what is the difference between these OLED technologies?
https://www.androidauthority.com/poled-vs-amoled-792869/

[7] Making sense of displays: OLED, AMOLED, POLED, PMOLED and T-OLED
https://www.microcontrollertips.com/making-sense-displays-oled-amoled-poled-pmoled-t-oled/

[8] Recent Progress on Thin-film Encapsulation Technologies for Organic Electronic Devices
https://www.sciencedirect.com/science/article/pii/S0030401815300134

[9] Development of Flexible OLED
https://www.researchgate.net/publication/269272757_Development_of_flexible_OLED/download

[10] Flexible Active Matrix Organic Light Emitting Diode (AM OLED) Displays
https://www.researchgate.net/publication/228862170_Flexible_active_matrix_organic_light_emitting_diode_AM_OLED_displays/download