**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **Cedar Lane Technologies, Inc.,** | Case No. 1:20-cv-03600-ARW |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Motorola Mobility LLC,** | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Cedar Lane

Technologies, Inc., hereby dismisses Defendant Motorola Solutions, Inc. **without prejudice**.

Defendant Motorola Solutions, Inc. has not yet answered the Complaint or moved for summary

judgment.

Dated: July 10, 2020          Respectfully submitted,

*/s/ Isaac Rabicoff*_____
Isaac Rabicoff
**Rabicoff Law LLC**
72 W Monroe Street
Chicago, IL
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff
Cedar Lane Technologies, Inc.**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on July 10, 2020, via the Court's CM/ECF system.

*/s/ Isaac Rabicoff*
Isaac Rabicoff

SO ORDERED this _____ day of _____, _____.


_____
UNITED STATES DISTRICT JUDGE